# EXHIBIT 1



**U.S. Department of Justice**

**Federal Bureau of Prisons**

***Federal Correctional Complex***

*Office of the Warden* — *Lompoc, California 93436*

April 17, 2020

**MEMORANDUM TO ALL STAFF AT FCC LOMPOC**

**FROM:** B. von Blanckensee, Acting Complex Warden

**SUBJECT:** Enhanced COVID-19 Mitigation Measures

As we have the highest number of positive COVID-19 inmate cases in the Bureau of Prisons (BOP), and we are among the highest with positive staff cases, I have decided that more aggressive measures are necessary to ensure the health and safety of all concerned. With recent guidance from Regional and Central Office Public Health Service (PHS) staff, I am confident our enhanced measures, together with your amazing efforts, will get us past the next hurdles. I am attaching three memos, each of which are tailored to the specific inmate population. I expect each of you to become familiar with these procedures so we can uniformly enforce these new measures, without exception. By working together, we will dramatically improve our chances to battle COVID-19. Highlights of our enhanced mitigation measures include:

- Enhanced modified operations at the FCI Low effective immediately
- Enhanced modified operations at the FCI Medium effective April 20, 2020
- Enhanced modified operations at the Lompoc Camps effective April 20, 2020
- Enhanced modified operations to last a minimum of 14 days
- No phone or computer access
- Inmate movement restricted
- Inmate wearing masks will be mandatory and masks cannot be altered
- Inmate cleanliness will be mandatory
- Staff encouraged to use inmate discipline as a management tool



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

*Office of the Warden*

*Lompoc, California 93436*

April 17, 2020

**MEMORANDUM TO FCI LOMPOC MEDIUM INMATES**

**FROM:** B. von Blanckensee, Acting Complex Warden

**SUBJECT:** Enhanced COVID-19 Mitigation Efforts

Unfortunately, our efforts to encourage inmates to practice social distancing and wear masks have not proven effective. We are still getting confirmed cases of COVID-19 and more aggressive measures are necessary. As a result, the following measures are effective April 20, 2020, for a period of at least 14 days:

- Every inmate ***must*** wear their Bureau of Prisons (BOP) issued mask at ***all times***. Every inmate has been issued surgical and cloth masks, and a replacement mask is available upon request;
- Failure to wear your mask or altering your mask may result in discipline; this memo constitutes a standing order for you to wear your mask at all times; staff may also order you to wear your mask;
- Every inmate has access to their own disinfectant with paper towels to keep their housing area clean. If you do not keep your area sufficiently clean after you receive your supplies, you may be disciplined. If you need more supplies, they are readily available;
- Movement outside your cell will be restricted;
- You are prohibited from sharing your personal items;
- Hygiene items will be provided on a weekly basis;
- Laundry exchange will be conducted weekly for institution-issued towels, sheets, blankets, boxers, and socks.
- Commissary will remain at the $50 spending limit, but, soft-drinks will not be available for purchase;
- Meals will be delivered to your cells for consumption;
- Phones for social calls and access to computers are suspended;
- Mail services will remain unaffected;
- If you have an imminent legal need to access the law library or to make a legal phone call, submit a Request to Staff Member to staff who will email to BOP legal for evaluation



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

*Office of the Warden*

*Lompoc, California 93436*

April 17, 2020

MEMORANDUM TO FCI LOMPOC LOW INMATES

FROM: B. von Blanckensee, Acting Complex Warden

SUBJECT: Enhanced COVID-19 Mitigation Efforts

Unfortunately, our guidance for better sanitation, to practice social distancing, and encouraging inmates to wear masks has not proven effective. As a result, we now have confirmed COVID-19 cases at the FCI Lompoc Low, with more inmates displaying symptoms. As a result, the following measures are effective immediately for a duration of at least 14 days:

- Every inmate ***must*** wear their Bureau of Prisons (BOP) issued mask at ***all times***. Every inmate has been issued surgical and cloth masks, and a replacement mask is available upon request;
- Failure to wear your mask or altering your mask may result in discipline; this memorandum constitutes a standing order for you to wear your mask at all times; staff may also order you to wear your mask;
- Every inmate has been provided their own disinfectant with paper towels to keep their housing area clean. If you do not keep your area sufficiently clean, you may be disciplined. If you need more supplies, they are readily available;
- You are prohibited from sharing your personal items;
- Movement within the unit must only be for essential needs, like using the restroom or seeking staff assistance;
- Phones for social calls and access to computers are suspended;
- Mail services will remain unaffected;
- If you have an imminent legal need to access the law library or to make a legal phone call, submit a Request to Staff Member to staff, who will email BOP legal for evaluation;
- Commissary is suspended;
- Food Services, Medical Services, and Laundry Services will remain unaffected



**U.S. Department of Justice**

**Federal Bureau of Prisons**

***Federal Correctional Complex***

*Office of the Warden* | *Lompoc, California 93436*

April 17, 2020

**MEMORANDUM TO ALL LOMPOC CAMP INMATES**

**FROM:** B. von Blanckensee, Acting Complex Warden

**SUBJECT:** Enhanced COVID-19 Mitigation Efforts

Unfortunately, our efforts to encourage sanitation, social distancing, and for inmates to wear masks have not proven effective. We are still getting confirmed cases of COVID-19 from the camps, and more aggressive measures are necessary. As a result, the following measures are effective April 20, 2020, for a period of at least 14 days:

- Every inmate ***must*** wear their Bureau of Prisons (BOP) issued mask at ***all times***. Every inmate has been issued surgical and cloth masks, and a replacement mask is available upon request;
- Failure to wear your mask or altering your mask may result in discipline; this memorandum constitutes a standing order for you to wear your mask at all times; staff may also order you to wear your mask;
- Every inmate has access to their own disinfectant with paper towels to keep their housing area clean. If you do not keep your area sufficiently clean after you receive your supplies, you may be disciplined. If you need more supplies, they are readily available;
- Movement outside the housing unit is suspended unless expressly authorized by staff; being outside the housing unit without staff authorization may result in discipline;
- You are prohibited from sharing your personal items;
- Phones for social calls and access to computers are suspended;
- Mail services will remain unaffected;
- If you have an imminent legal need to access the law library or to make a legal phone call, submit a Request to Staff Member to staff who will email to BOP legal for evaluation;
- Commissary, Food Services, Medical Services, and Laundry Services will remain unaffected