## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 15-00701-ODW-1 |
| Date | April 21, 2020 |

Present: The Honorable  OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

Interpreter

| Sheila English | Miranda Algorri- telep. | Kim Meyer- telep. |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Jim Sheng Lee | Not | X | | 1) Patrick S Aguirre | telep. | | X |

**Proceedings:**   **TELEPHONIC MOTION for Release from Custody [318]**

Case called, appearances made.  The defendant waived his appearance for this hearing. The Court having carefully considered the papers and having heard oral argument of counsel as stated on the record.

The motion for release is denied. Defendant will remain in custody.

IT IS SO ORDERED.

|   |   : | 16 |
|---|---|---|
|   | Initials of Deputy Clerk | se |